

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOSEPH CATUARA, Plaintiff

v.

SOLO CUP COMPANY, Defendant

**08CV0042
JUDGE SHADUR
MAG. JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff JOSEPH CATUARA

FILED
JAN - 3 2008
Jan 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) David C. Thollander | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ David C. Thollander | |
| FIRM The Thollander Law Firm, Ltd. | |
| STREET ADDRESS 1048 Ogden Avenue, Suite 200 | |
| CITY/STATE/ZIP Downers Grove, Illinois 60515 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6202012 | TELEPHONE NUMBER 630-971-9195 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |