**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSEPH CATUARA ) | |
|     Plaintiff, ) | |
| ) | Case No.: 08 C 0042 |
| v. ) | |
| ) | Judge Shadur |
| SOLO CUP COMPANY, ) | |
|     Defendant, ) | Magistrate Judge Mason |
| ) | |
| ) | |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(A)**

IT IS HEREBY STIPULATED AND AGREED by and among the parties that, pursuant to the Federal Rule of Civil Procedure 441(a), the above-captioned action be, and hereby is, dismissed with prejudice and without costs or fees to any party.

Dated: February 27, 2008

| | |
|---|---|
| /s/ Davi L. Hirsch | /s/ David C. Thollander |
| DAVI L. HIRSCH  (#06182757) | THE THOLLANDER LAW FIRM, LTD. |
| JOSHUA D. HOLLEB (#6185409) | 1048 Ogden Avenue |
| KLEIN DUB & HOLLEB, LTD. | Suite 200 |
| 660 LaSalle Place, Suite 100 | Downers Grove, IL  60515 |
| Highland Park, Illinois 60035 | Telephone: (630) 971-9195 |
| Telephone:  (847) 681-9100 | Facsimile: (630) 971-9240 |
| Facsimile:  (847) 681-1600 | ARDC#6202012 |
| dhirsch@labor-law.com | |
| jdh@labor-law.com | |
| | |
| ATTORNEYS FOR SOLO CUP COMPANY | ATTORNEYS FOR JOSEPH CATUARA |