IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH CATUARA | ) | |
|     Plaintiff, | ) | |
| | ) | Case No.: 08 C 0042 |
| v. | ) | |
| | ) | Judge Shadur |
| SOLO CUP COMPANY, | ) | |
|     Defendant, | ) | Magistrate Judge Mason |
| | ) | |
| | ) | |

**NOTICE OF FILING AND PROOF OF SERVICE**

To:  DAVI L. HIRSCH, ESQ.
     JOSHUA D. HOLLEB
     KLEIN DUB & HOLLEB, LTD.
     660 LaSalle Place, Suite 100
     Highland Park, Illinois 60035

Please take notice that on the 4th day of March 2008, the undersigned shall cause to be filed with the Clerk For United States District Court For The Northern District of Illinois, Eastern Division Plaintiff's Stipulation to Dismiss, a copy of which is hereby served upon you.

                                  By:  /s/ David C. Thollander
                                             One of Plaintiff's Attorneys

     I, David C. Thollander, an attorney, hereby state that on March 4, 2008, I served this Notice of Filing and Plaintiff's Stipulation to Dismiss to those parties identified above by electronic filing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the aforesaid parties.
                                                 /s/ David C. Thollander

The Thollander Law Firm, Ltd.
1048 Ogden Avenue, Suite 200
Downers Grove, Illinois  60515
(630) 971-9195 (voice)
(630) 971 – 9240 (facsimile)
ARDC No.:    6202012